IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA R. MURPHY                                                         PLAINTIFF
ADC #760343

v.                          No. 1:14-cv-60-DPM-HDY

FRYMAN, Correctional Officer, McPherson
Unit, ADC; SHULTZ, Correctional Officer,
McPherson Unit, ADC; and ROWLET,
Correctional Officer, McPherson Unit, ADC            DEFENDANTS

ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b)

(1983 addition to advisory committee notes). The Court certifies that an

appeal from this Order and the accompanying Judgment would not be

taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 September 2014